UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PRENTERS BROUGHTON III,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. C16-5734 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**.

(2) Petitioner's petition for habeas corpus (Dkt. 5) is untimely and there are no extraordinary circumstances in his case that require the application of equitable tolling principles. Therefore, this federal habeas petition is dismissed with prejudice.

(3) A certificate of appealability is **DENIED**.

Dated this 4th day of January, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER